IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AXCESS INTERNATIONAL, INC., | § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. 3:17-cv-01697-M |
| TRANSCORE, LP, | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is the parties' Joint Motion to Dismiss (ECF No. 44), filed under Federal Rule of Civil Procedure 41.  After consideration, the Motion is **GRANTED**.  Plaintiff's claims in this action against Defendant are **DISMISSED WITH PREJUDICE**.  Defendant's counterclaims against Plaintiff are **DISMISSED WITHOUT PREJUDICE**.  Each party shall bear its own costs, expenses, and attorney's fees.

**SO ORDERED**.

March 29, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE